WWR # 7515520

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | | |
|---|---|---|
| IN RE: | * | Case No 09-14890 |
| | * | |
| Ramon Jackson. | * | Chapter 13 |
| | * | |
| | * | Judge Hollis |
| | * | |
| Debtor | * | |

### ORDER DISMISSING CHAPTER 13 CASE

This matter comes before the Court on creditor, Flagstar Bank, FSB's Motion to Dismiss for Ineligibility, due notice having been given, and the Court being otherwise advised in the premises,

**IT IS ORDERED:**

This case is dismissed as debtor is ineligible for Chapter 13 relief pursuant to 11 U.S.C. § 109(e).

__31 AUG 2009__  
DATE

JUDGE PAMELA S. HOLLIS

Monette Cope
Weltman, Weinberg, and Reis Co. L.P.A.
180 N. LaSalle St. Ste. 2400
Chicago, IL 60601
Phone: 312-782-4201
Fax: 312-782-4201
Attorney for Flagstar Bank, F.S.B.